## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

SLAMDUNK SPORTSWEAR, INC.,

               Plaintiffs,

          v.

TD BANKNORTH, N.A.,

               Defendant.

Civil No. 08 – 0258

## COMPLAINT

This action seeks a temporary and permanent injunction against the payment of the letters of credit listed below, a declaratory Judgment that the letters of credit are ineffective and cannot be drawn upon, and claims for breach and anticipatory breach of contract by the Defendant.

## PARTIES

1. Plaintiff, Slam Dunk Sportswear, Inc. ("Slam Dunk"), with principal office at 1960 Third Avenue, New York, NY 10029., is incorporated and doing business under the laws of the State of New York.

2. Defendant, TD BankNorth, NA, is a wholly-owned subsidiary of TD Bank Financial Group headquartered in Toronto, Canada.

3. On information and belief, TD BankNorth, NA has its principle corporate offices Two Portland Square, Portland, Maine 04101.

4. The letters of credit in issue were issued by T. D. BankNorth, NA's office located at 2055 Hamburg Turnpike, Wayne, New Jersey.

5. Upon information and a belief, TD BankNorth, NA is not incorporated in this state of New York.

6. This court has jurisdiction over this controversy pursuant diversity jurisdiction exists under 28 U.S.C. § 1332

7. The amount in controversy exceeds $75,000.00.

8. This action is also brought under the Declaratory Judgment Act, 28 U.S.C. § 2201, to obtain declaratory relief.

9. Venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391(a) and (b).

## OTHER RELATED ACTIONS

10. There are no other related actions involving this claim being litigated between the parties.

## BACKGROUND

11. The subject claims arise out of a series of letters of credit issued by TD BankNorth, NA in which the beneficiary is Cara International Holdings Limited, Eastern Flower Centre, 22 – 25 Cameron Road, Tsimshatsui, Kowloon, Hong Kong.

| Letter of Credit Number | Date of Issue | Amounts | Expiration |
|---|---|---|---|
| 10004167 | 10/11/2007 | $ 24,834.18 | 2/10/2008 |
| 10004122 | 9/24/2007 | $ 190,017.00 | 3/10/2008 |
| 10004114 | 9/19/2007 | $ 53,512.80 | |
| | | $ 400,899.18 | |

12. Upon information and belief, Cara International Holdings Limited is a corporation organized under the laws of Hong Kong, China.

13. Prior to January 1, 2008, Plaintiff purchased footwear molds and other tooling which are in the possession of Cara International.

2

14. Letters of credit were issued to secure payment for merchandise timely shipped to plaintiff and to secure the purchase and production of additional footwear moulds and other tooling.

15. Despite requests, Cara International has refused to return possession the footwear molds and other tooling owned by a plaintiff.

16. The value of these molds is approximately $ 150,000.

17. In addition beneficiary, Cara, has refused to communicate with Plaintiff on the status of the molds and other tooling and existing orders.  As a result, Plaintiff assumes the beneficiary, Cara, has terminated it relationship with Plaintiff and will seek to retain all footwear molds and other tooling.

18. Failure to return these molds could result in irreparable damage to the company and possible bankruptcy.

19. Allowing payment on the letters of credit will further unjustly enrich while they threaten the contuse viability of the Plaintiff.

**Letters of Credit Numbered 10004114**

20.  Letters of Credit Numbered 10004114 in the amount of $53,512.80 was applied for on September 18, 2007 and issued on September 19, 2007. (Exhibit A).  The beneficiary is Cara International Holdings Limited ("Cara") of Hong Kong.

21. Slam Dunk had issued a purchase order to Cara specifying the purchase of certain footwear. (Exhibit B).  The purchase order specified a shipment date of December 1, 2007 and an order cancellation date of December 15, 2007.

22. Letter of Credit Numbered 10004114 specified a latest shipping date of December 15, 2007.

3

23. On or before December 14, 2007, Plaintiff was informed by Cara that the order would not make the shipment date as specified in the Letter of Credit or the Purchase Order. As an accommodation, Plaintiff agreed to amend the letter of credit to extend the shipment time so long as we were allowed to inspect the merchandise. (Exhibit C).

24. This accommodation was rejected by Cara on Saturday, December 15, 2007, in Hong Kong. The letter of credit was never amended.

25. As goods had not been shipped the order was cancelled by Plaintiff on December 20, 2007.

26. On or about January 7, 2007, Plaintiff was notified by Speedy Global Logistics, a freight forwarder and agent for China Shipping Container Lines, of the arrival of container consigned to Slam Dunk from Cara ("Arrival Notice") Exhibit D.

27. The "Arrival Notice" references the Letter of Credit and Purchase Order.

28. In addition, the "Arrival Notice" states the goods packed in Container Numbered DSFU42011603 shipped on China Shipping Container Lines (CSCL) vessel named "Seattle" which departed (E.T.D.) the port of loading (Xiamen, China) on December 26, 2007 and arrived on January 7, 2007 in the Port of Long Beach, California.

29. This state of loading is after latest shipping date of December 15, 2007 stated in Letter of Credit Numbered 10004114.

30. As a result, payment under the letter of credit is improper.

31. On or about the same time, Plaintiff learned from TD BankNorth, NA received a draft and documents under the Letter of Credit 10004114, seeking payment under its terms.

32. The documents presented allegedly conform on their face to letter of credit.

33. The documents have not been accepted as of the date of this complaint under the International Chamber Of Commerce, Uniform Customs And Practices For Document Credits

4

(ICC Publication 600) ("UCP"), and the Uniform Commercial Code, Article 5, NJ Stat. § 12A:5-101-118.

34. Upon information and belief, the Bill of Lading and another document provided by the beneficiary, Cara, as part of the draw under Letter of Credit Numbered 10004114 are false and fraudulent.

35. Plaintiff obtained a copy of the commercial invoice, packing list and house bill of lading (HBL) issued by Gala Shipping Limited, numbered GA0170554NYC (Exhibit E), from Speedy Global Logistics, the issuer of the Arrival Notice.

36. Upon information and belief, these are copies of the same documents submitted under Letter of Credit 10004114.

37. The bill of lading states "Shipped on Board: Dec. 15, 2007."

38. The statement on HBL numbered GA0170554NYC is false and contradicts with the arrival notice from Speedy Global, the agent for the actual ocean carrier.

39. In addition, China Shipping Container Lines, allows public tracking of containers shipped by its service and the vessel schedules on the internet.  See http://222.66.158.204/module/csp/index.jsp?userside=WAN&do&mod=CSP.

40. When the shipping schedule for the vessel, CSCL Seattle, and its voyage (Numbered 85 East)  was queried, the schedule showed the ship was actually between the ports of Nhava Sheva, India and Port Kelang, Malaysia on December 15, 2007 (Exhibit F).

41. As a result the container listed on HBL numbered GA0170554NYC, Container Number DFSU4201603, could not have been loaded on board the CSCL Seattle on of before December 15, 2007 as required by Letter of Credit 10004114.

42. When the container or master bill of lading (MBL) numbered XMNYC3AG879, is queried, the routing information shows that time of departure from Xiamen, China is December 26, 2007, in accordance with the Arrival Notice. (Exhibit G).

43. As a result, it is evident that the HBL submitted to TD Bank North under the draw under Letter of Credit 10004114 is false and fraudulent.

44. In addition the Letter of Credit 10004114 specifies the following documents is required:

> COPY OF A CABLE OR FAX MESSAGE ADDRESSED TO THE APPLICANT GIVING DATE AND MEANS OF SHIPMENT AND DESCRIPTION AND VALUE OF THE GOODS SHIPPED BEARING THE BENEFICIARIES ORIGINAL CERTIFICATION THAT: QUOTE: THIS IS A TRUE AND CORRECT COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS OF SHIPMENTS OF THE DESCRIBED GOODS. UN QUOTE (FOR INSURANCE PURPOSES)

45. The cable or fax specified by this paragraph was never received by Slam Dunk, the applicant for the Letter of Credit 10004114. Consequently, any documents certifying that "THIS IS A TRUE AND CORRECT COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS OF SHIPMENTS OF THE DESCRIBED GOODS" is false and fraudulent.

46. Since the goods did not ship by December 15, 2007, as required by the terms of the Letter of Credit and the fact that the beneficiary submitted false documents to collect on the letter of credit, we request this court to enjoin payment by TB BankNorth to the Beneficiary, Cara.

47. Letter of credit 10004114 also provides that documents are to be presented to TD BANKNORTH NA, in Wayne, New Jersey.

48. The letter of credit provides "documents must be presented within 21 days after shipment or date goods received by freight forwarder if FCR is required."

49. The documents were presented on or about January 7, 2008, which is more than 21 days after the alleged data shipment of December 15, 2007.

50. As a result, the documents are discrepant "on their face to be in compliance with the terms and conditions of the Credit" in accordance with UCP Article 13(a) and Article 14(b).

51. Since the documents appear "on their face not to be in compliance with the terms and conditions of the Credit," defendant should reject the documents as discrepant in accordance with UCP Article 14(c).

**Letters of Credit Numbered 10004122**

52. Plaintiff applied for Letter of Credit Numbered 10004122 in the amount of $190,017.00 on September 21, 2007, which was issued on September 24, 2007. (Exhibit H).

53. The beneficiary is Cara International Holdings Limited of Hong Kong.

54. Plaintiff issued a purchase Order to Cara specifying the purchase of certain footwear. (Exhibit I). The purchase order specified a shipment date of December 20, 2007.

55. Letter of Credit Numbered 10004122 specified a latest shipping date of January 10, 2008 and that "partial shipment not allowed."

56. As a result, all goods under the order must be shipped together on or before January 10, 2008 in accordance with UCP Article 40.

57. Upon information and belief, the beneficiary, Cara, has again submitted false documents, showing a full shipment of the goods.

58. In particular, Cara indicated it could not meet the shipment date on one style ("Buck Wyler") and could not produce another style (Run-N-Gun"). Therefore, the style was cancelled. As a result, the goods shipped can only constitute a partial shipment prohibited by the letter of credit.

59. On or about January 8, 2008, upon information and belief the beneficiary Cara submitted documents including the invoices and bill of lading to TD BankNorth under Letter of Credit Numbered 10004122 seeking to draw on this letter of credit.

60. Upon information and belief, these documents falsely and fraudulent show that the entire shipment 1466 cartons of 17592 pairs of sneakers.

61. On November 15, 2007, the beneficiary Cara confirmed the cancellation of Run-N-Gun style by stating "was cancelled this Run-N-Gun by Customer." (Exhibit J).

62. In addition, the Letter of Credit 10004122 specifies the following documents is required:

> COPY OF A CABLE OR FAX MESSAGE ADDRESSED TO THE APPLICANT GIVING DATE AND MEANS OF SHIPMENT AND DESCRIPTION AND VALUE OF THE GOODS SHIPPED BEARING THE BENEFICIARIES ORIGINAL CERTIFICATION THAT: QUOTE: THIS IS A TRUE AND CORRECT COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS OF SHIPMENTS OF THE DESCRIBED GOODS. UNQUOTE (FOR INSURANCE PURPOSES)

63. The cable or fax specified by this paragraph was never received by Slam Dunk, the applicant of for the Letter of Credit 10004122. As a result, any documents certifying that "THIS IS A TRUE AND CORRECT COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS OF SHIPMENTS OF THE DESCRIBED GOODS" is false and fraudulent.

**Letters of Credit Numbered 10004167**

64. Plaintiff applied for Letter of Credit Numbered 10004167 in the amount of $24,834.18 on September 8, 2007, which was issued on October 11, 2007. (Exhibit M).

65. The beneficiary is Cara International Holdings Limited of Hong Kong.

66. Plaintiff issued a purchase Order to Cara specifying the purchase of certain footwear. (Exhibit N).

67. Letter of Credit Numbered 10004167 specified a latest shipping date of January 10, 2008 and that "partial shipment not allowed."

68. As a result, all goods under the order must be shipped together on or before January 10, 2008 in accordance with UCP Article 40.

69. Upon information and belief, the beneficiary, Cara, has not shipped the merchandise on or before January 10, 2008.

70. Upon information and belief, the beneficiary, Cara, has or will again submitted false documents, showing a full shipment of the goods.

71. In addition the Letter of Credit 10004167 specifies the following documents is required:

> COPY OF A CABLE OR FAX MESSAGE ADDRESSED TO THE APPLICANT GIVING DATE AND MEANS OF SHIPMENT AND DESCRIPTION AND VALUE OF THE GOODS SHIPPED BEARING THE BENEFICIARIES ORIGINAL CERTIFICATION THAT: QUOTE: THIS IS A TRUE AND CORRECT COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS OF SHIPMENTS OF THE DESCRIBED GOODS. UN QUOTE (FOR INSURANCE PURPOSES)

The cable or fax specified by this paragraph was never received by Slam Dunk, the applicant of for the Letter of Credit 10004167. As a result, any documents certifying that "THIS IS A TRUE AND CORRECT COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS OF SHIPMENTS OF THE DESCRIBED GOODS" is false and fraudulent.

**IRREPARABLE HARM**

72. Plaintiff will be irreparably harmed should the Defendant accepts the draws under the above letters of credit.

73. Plaintiff is without an adequate remedy at law to recover from the beneficiary, Cara.

74. On information and belief, beneficiary, Cara, he is not subject to the jurisdiction of the United States.

75. If the draws on the letters of credit are permitted, Plaintiff will be subject to monetary harm of no less than $400,000, being the total amount of letters of credit discussed above.

76. Additionally, as stated above in paragraph 15, beneficiary, Cara, is in possession and refuse to return certain footwear molds and other tooling which contain proprietary designs and intellectual property.

77. On information and belief, beneficiary, Cara, is seeking to convert these footwear molds and other tooling for its own use.

78. The use of these footwear molds and tooling and production of merchandise using these footwear molds and tooling is no record ball infringement upon Plaintiffs intellectual property.

79. Plaintiffs only remedy at law is to seek to prevent the draws on the letter of credit to further unjustly enrich the beneficiary, Cara.

80. In addition, the continued possession of the molds will irreparable harm to Plaintiff's ability to continue to produce merchandise possibly causing bankruptcy of Plaintiff.

81. But for the grant of equitable relief enjoining payments under the letters of credit, there is a substantial chance that upon final resolution of this action the Plaintiff cannot be returned to the position it previously occupied because of the unavailability of other relief.

82. New Jersey Stat. § 12A:5-109 "Fraud and forgery" provides:

a. If a presentation is made that appears on its face strictly to comply with the terms and conditions of the letter of credit, but a required document is forged or materially fraudulent, or honor of the presentation would facilitate a material fraud by the beneficiary on the issuer or applicant:

(1) the issuer shall honor the presentation, if honor is demanded by (a) a nominated person who has given value in good faith and without notice of forgery or material fraud, (b) a confirmer who has honored its confirmation in good faith, (c) a holder in due course of a draft drawn under the letter of credit which was taken after acceptance by the issuer or nominated person, or (d) an assignee of the issuer's or nominated person's deferred obligation that was taken for value and without notice of forgery or material fraud after the obligation was incurred by the issuer or nominated person; and

(2) the issuer, acting in good faith, may honor or dishonor the presentation in any other case.

b. If an applicant claims that a required document is forged or materially fraudulent or that honor of the presentation would facilitate a material fraud by the beneficiary on the issuer or applicant, a court of competent jurisdiction may temporarily or permanently enjoin the issuer from honoring a presentation or grant similar relief against the issuer or other persons only if the court finds that:

(1) the relief is not prohibited under the law applicable to an accepted draft or deferred obligation incurred by the issuer;
(2) a beneficiary, issuer, or nominated person who may be adversely affected is adequately protected against loss that it may suffer because the relief is granted;
(3) all of the conditions to entitle a person to the relief under the law of this State have been met; and
(4) on the basis of the information submitted to the court, the applicant is more likely than not to succeed under its claim of forgery or material fraud and the person demanding honor does not qualify for protection under paragraph (1) of subsection a. of this section.

## BREACH OF CONTRACT

83. Letter of credit 10004114 also provides that documents are to be presented to TD BANKNORTH NA, in Wayne, New Jersey.

84. The letter of credit provides "documents must be presented within 21 days after shipment or date goods received by freight forwarder if FCR is required."

85. The documents were presented on or about January 7, 2008, which is more than 21 days after the alleged data shipment of December 15, 2007.

86. As a result, the documents are discrepant "on their face to be in compliance with the terms and conditions of the Credit" in accordance with UCP Article 13(a) and Article 14(b).

87. Since the documents appear "on their face not to be in compliance with the terms and conditions of the Credit," defendant should reject the documents as discrepant in accordance with UCP Article 14(c).

88. The commercial letter of credit is a common payment mechanism that permits the buyer in a transaction to substitute the financial integrity of a stable credit source (like Defendant

bank) for his own. The emphasis on documents in letter of credit transactions means that strict compliance with the terms of the letter of credit by the beneficiary and the issuer is required. If the documents do not comply with the terms of the credit, the issuer's duty to pay is not absolute.

89. Defendant's acceptance of documents outside the terms of the letter of credit, upon presentation of non-conforming documents, constituted a breach of its contract with Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully requests that this Court issue a declaratory judgment, holding the following:

a.)    Preliminarily and permanently enjoining defendant, TD Bank North, NA, from accepting drafts or negotiate against documents under Letter of Credit 10004114 under UCP Article 14(a) and NJ. Stat. § 12A:5-109.

b.)    Preliminarily and permanently enjoining defendant, TD Bank North, NA, from accepting drafts or negotiate against documents under Letter of Credit 10004166 under UCP Article 14(a) and NJ. Stat. § 12A:5-109.

c.)    Preliminarily and permanently enjoining defendant, TD Bank North, NA, from accepting drafts or negotiate against documents under Letter of Credit 10004167 under UCP Article 14(a) and NJ. Stat. § 12A:5-109.

d.)    Preliminarily and permanently enjoining defendant, TD Bank North, NA, from accepting drafts or negotiate against documents under Letter of Credit 1000122 under UCP Article 14(a) and NJ. Stat. § 12A:5-109.

e.)    Declaring that the draws under Letters of Credit are false and fraudulent and that acceptance of drafts or negotiation against documents under the letters of credit is unlawful;

f.) Such further relief as warranted by the Court.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN &  KLESTADT LLP
399 Park Avenue
25th Floor
New York, NY  10022
Tel:  (212) 557-4000


David M. Murphy (DM – 6519)
Frances P. Hadfield (FH – 5446)

Dated:  January 11, 2008

382536_1

## CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and that on 1/11/2008 service by federal express of the foregoing papers was made upon Defendant TD BANKNORTH, N.A., at its principal office of Two Portland Square, Maine 04101.

Frances P. Hadfield, Esq.

382477_1

# EXHIBIT A

Sep-20-2007  10:29am  From-PONCE DE LEON FED BANK          12018647625       T-063  P.001/003  F-662

                    1738396168                    TD BANKNORTH-INT'L D

                                                                          PAGE  01/04

IRREVOCABLE NEGOTIABLE CREDIT

DATE: SEPTEMBER 19, 2007          CREDIT NUMBER: 10004114
                                  EXPIRY: FEBRUARY 15, 2008 COUNTRY
                                  OF BENEFICIARY

APPLICANT                         BENEFICIARY
SLAMDUNK SPORTWEAR, INC.          CARA INTERNATIONAL HOLDINGS LTD
1960 THIRD AVENUE                 9/F., EASTERN FLOWER CENTRE
NEW YORK, NY  10029               22-24 CAMERON ROAD,
                                  TSIMSHATSUI, KOWLOON,HONG KONG

ADVISING BANK:                    WE HEREBY ISSUE THE LETTER OF
CITIBANK                          CREDIT FOR AN AMOUNT OR AMOUNTS
RE ISSUE PROGRAM                  NOT TO EXCEED IN THE AGGREGATE
HONG KONG HONG KONG               USD$53,512.80 (US DOLLARS FIFTY
                                  THREE THOUSAND FIVE HUNDRED TWELVE
                                  AND 80/100)
PARTIAL SHIPMENT NOT ALLOWED      CREDIT AVAILABLE WITH ANY BANK BY
TRANSSHIPMENT ALLOWED             NEGOTIATION AGAINST PRESENTATION
PORT OF LOADING: CHINA            OF THE DOCUMENT DETAILED HEREIN
PORT OF DISCHARGE: NEW YORK,      AND OF YOUR DRAFTS AT 60 DAYS
NY/NEW JERSEY USA AND/OR LOS      AFTER SIGHT DRAWN ON TD BANKNORTH,
ANGELES, CA                       N.A.
LATEST SHIPPING DATE: DECEMBER 15,
2007

COVERING:
159 CARTONS EQUALS TO 4,308 PAIRS OF SNEAKERS
PO. NO. 09-091207-C
FOB CHINA

DOCUMENTATION REQUIRED:
+ SIGNED COMMERCIAL INVOICE, ORIGINAL AND 3 COPIES.
COMMERCIAL INVOICE MUST DETAIL: STYLE NO., COLOR, SIZE RUN, QUANTITY,
AND PRICE OF EVERY STYLE PURCHASED.
+ PACKING LIST, ORIGINAL AND 2 COPIES.
+COPY OF A CABLE OF FAX MESSAGE ADDRESSED TO THE APPLICANT GIVING DATE
AND MEANS OF SHIPMENT AND DESCRIPTION AND VALUE OF THE GOODS SHIPPED,
BEARING THE BENEFICIARIES' ORIGINAL CERTIFICATION THAT: QUOTE: THIS IS
A TRUE AND ACCURATE COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS
OF SHIPMENTS OF THE DESCRIBED GOODS.UNQUOTE(FOR INSURANCE PURPOSES)
                          Page 1 of 3

Page: 2
Reference Number: 10004114

OCEAN BILL OF LADING - FULL SETS ARE REQUIRED.
CONSIGNED TO: THE ORDER OF THE SHIPPER, BLANK ENDORSED. NOTIFY:
SLAMDUNK SPORTWEAR, INC.,1960 THIRD AVE,NEW YORK,NY 10029 .
MARKED FREIGHT COLLECT.
WE UNDERSTAND, INSURANCE WILL BE EFFECTED BY BUYER.
BEARING THIS LETTER OF CREDIT NUMBER. FREIGHT FORWARDER'S CARNO RECEIPT
ACCEPTABLE IN LIEU OF BILL OF LADING CONSIGNED TO SLAMDUNK SPORTWEAR,
INC

ADDITIONAL CONSIDERATIONS:
+EARLIER SHIPMENT ARE PERMITED PROVIDED THAT DOCUMENTS ARE PRESENTED
WITHIN 21 DAYS AFTER SHIPMENT DATE, BUT WITHIN CREDIT VALIDITY.

+DOCUMENTS WITH DISCREPANCIES WILL BE REJECTED. HOWEVER,
NOTWITHSTANDING ANY PRIOR NOTICE OF REJECTION BY US, WE RESERVE THE
RIGHT TO ACCEPT A WAIVER OF DISCREPANCIES FROM THE APPLICANT, AND
SUBJECT TO OUR CONCURRENCE WITH SUCH WAIVER, WE RESERVE THE RIGHT TO
RELEASE DOCUMENTS AGAINST SUCH WAIVER WITHOUT TO THE PRESENTOR,
PROVIDED THAT NO WRITTEN INSTRUCTIONS TO THE CONTRARY ARE RECEIVED BY
US FROM THE PRESENTOR BEFORE SUCH RELEASE.

+WHEN PRESENTING DOCUMENTS TO TD BANKNORTH N.A., 2055 HAMBURG TURNPIKE,
WAYNE, NJ USA 07470, ATTN: INTERNATIONAL DEPARTMENT, PLEASE PRESENT AN
ADDITIONAL COPY OF ALL DOCUMENTS FOR OUR FILE. A COPY FEE OF JSD 10.00
WILL BE DEDUCTED FROM THE PROCEEDS OF EACH DRAWING PRESENTED WITHOUT
THE REQUIRED COPIES.

+ALL CHARGES OTHER THAN THOSE OF THE ISSUING BANK ARE FOR ACCOUNT OF
THE BENEFICIARY.

+A DISCREPANCY FEE WILL BE DEDUCTED FROM THE PROCEEDS OF PAYMENT FOR
DOCUMENTS PRESENTED THAT DO NOT COMPLY WITH THE TERMS AND CONDITIONS OF
THE LETTER OF CREDIT.  SAID DISCREPANCY FEE SHALL BE ASSESSED PER SET
OF DOCUMENTS AND NOT PER DRAFT OR PER DRAWING.  NEGOTIATING BANK TO
FORWARD DRAFT AND DOCUMENTS TO US IN A SINGLE MAILING.

+DOCUMENTS MUST BE PRESENTED WITHIN 21 DAYS AFTER SHIPMENT OR DATE
GOODS RECEIVED BY FREIGHT FORWARDER IF FCR IS REQUIRED.
+THE AMOUNT OF EACH DRAFT MUST BE ENDORSED ON THE REVERSE OF THIS
CREDIT BY THE NEGOTIATING BANK.
                    Page 2 of 3

Page: 3
Reference Number: 10004114

+WE HEREBY ENGAGE WITH DRAWERS, ENDORSERS AND BONA FIDE HOLDERS THAT
ALL DOCUMENTS PRESENTED IN COMPLIANCE WITH THE TERMS AND CONDITIONS OF
THIS LETTER OF CREDIT ON OR BEFORE EXPIRATION DATE WILL BE DULY HONORED
BY US.

+THE DOCUMENTARY CREDIT IS SUBJECT TO THE VERSION OF THE ICC UNIFORM
CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, INTERNATIONAL CHAMBER OF
COMMERCE, PARIS, FRANCE, WHICH IS IN EFFECT ON THE DATE OF ISSUE.
KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
THE ATTENTION OF INTERNATIONAL, 2066 HAMBURG TURNPIKE, WAYNE, NJ 07470
IF YOU NEED ASSISTANCE YOU MAY CONTACT CLARIBEL SEPULVEDA AT (973)
283-4000.


_____
   (AUTHORIZED SIGNATURE)

Page 3 of 3

**TD** **Banknorth, N.A.**

International Department
2055 Hamburg Turnpike
Wayne, NJ 07470
Telephone: 973-283-4000
Facsimile: 973-839-6426

L/C no. _____
(For Bank Use)

## APPLICATION FOR IRREVOCABLE COMMERCIAL LETTER OF CREDIT (Page 1 of 2)
**(If using this form electronically, you should tab between fields or *DOUBLE*-click them with your mouse. Check boxes can be marked by hitting your space bar. Please see guidelines for completing this application on page 2.)**

Subject to our Master Letter of Credit Agreement with you, please issue an irrevocable Commercial Letter of Credit (L/C) substantially as set forth below, and

☐ send the original L/C directly to the Beneficiary
☐ send the L/C to the Advising Bank indicated or your chosen correspondent, as applicable (for delivery to the Beneficiary)

by ☐ cable (SWIFT/telex/cablegram).    ☐ courier.    ☐ airmail.    ☐ other: _____ .

| Advising Bank (optional)[2] | Applicant: (Correspondent Bank on whose behalf Credit is issued) |
|---|---|
| **HANG SENG BANK**<br>**HANG SENG TOWER, TEIFORD PLAZA**<br>**33 WAI YIP STREET, KOWLOON BAY, HONG KONG**<br>**SWIFT# HASEHKHH** | **PONCE DE LEON FEDERAL BANK**<br>**3821 BERGENLINE AVENUE**<br>**UNION CITY, NJ 07087** |
| Beneficiary of L/C (name & address expected to appear on invoices)<br>**CARA INTERNATIONAL HOLDINGS LIMITED**<br>**9/F., EASTERN FLOWER CENTRE**<br>**22-24 CAMERON ROAD, TSIMSHATSUI**<br>**KOWLOON, HONG KONG**<br>**TEL. 852-2311 8380 / FAX. 852-2722 0672** | Amount (U.S. dollars unless otherwise indicated)<br>up to:  **$ 53,512.80**<br>plus or minus ____% |
| Account Party : (Insert only if different from Applicant)<br>**SLAMDUNK SPORTSWEAR, INC.**<br>**1960 THIRD AVENUE**<br>**NEW YORK, NY 10029** | Expiry Date of L/C (month in words, day, year)<br>**FEBRUARY 15, 2008**<br>in the country of the Beneficiary unless otherwise indicated |

Please make the L/C subject to the Uniform Customs and Practice for Documentary Credits (UCP) currently in effect.

Documents must be presented within <u>21</u> days after shipment (21 days if not otherwise specified) but, in any case, within the validity of the credit.

Draft(s) must be drawn at (specify "sight" or other tenor[3]) **60 DAYS AFTER SIGHT** (sight if not otherwise specified) for ____% (100% unless otherwise specified) of Commercial Invoice value drawn on you or (specify other drawee if desired) _____ and accompanied by the following documents[4]:

☒ Original and <u>2</u> copy(ies) of Commercial Invoice describing goods as[5]: <u>**359 CARTONS EQUALS 4,308 PAIRS OF SNEAKERS PO#09-091707-C**</u>

APPLICATION FOR IRREVOCABLE COMMERCIAL LETTER OF CREDIT (Page 2 of 2)

☐ EXW[6] (Ex Works, Ex Factory At) _____ (place)
☐ FCA[6] (Free Carrier At) _____ (place)
☐ CPT[6] (Carriage Paid To) _____ (place)
☐ CIP[6] (Carriage & Insurance Paid To) _____ (place)
☒ FOB[6] (Free On Board At) **CHINA** _____ (port of loading) (for port-to-port ocean shipments only; otherwise use FCA)
☐ CFR[6] (Cost & Freight Paid To) _____ (port of discharge) (for port-to-port ocean shipments only; otherwise use CPT)
☐ CIF[6] (Cost, Insurance & Freight Paid To) _____ (port of discharge) (for port-to-port ocean shipments only; otherwise use CIP)
☐ Other terms_____

☐ Marine Cargo Insurance Policy or Certificate (for CIP and CIF[6] shipments) in negotiable form for at least ___%
(110% unless otherwise specified) of Commercial Invoice value, endorsed in blank and covering the following risks:
  ☐ All risks warehouse-to-warehouse
  ☐ All risks warehouse-to-warehouse including war risks and strikes, riots and civil commotions
  ☐ Other (specify) _____
☒ Copy of a cable or fax message addressed to the Applicant giving date and means of shipment and description and value of the goods shipped, bearing the Beneficiary's original signed certification that "This is a true and accurate copy of a message sent as addressed within two days of shipment of the described goods" (for insurance purposes on EXW, FCA, CPT, FOB, and CFR[6] shipments).

☐ Full set of Multimodal Transport (Door-to-Door) Bills of Lading showing place of receipt as _____ and place of delivery or final destination as _____ consigned to the order of the shipper, endorsed in blank.
☒ Full set of Port-to-Port Bills of Lading showing port of loading as **CHINA**_____
and port of discharge as
  **NEW YORK/NEW JERSEY/ LOS ANGELES**_____, consigned to order of shipper, endorsed in blank.
  ☐ Transshipment[7] prohibited (only applies to Port-to-Port Bills of Lading).
☐ Original Shipper's Copy of Air Waybill, showing airport of departure as _____
and airport of destination as _____, consigned to _____
_____
  ☐ Beneficiary's certificate that "one extra set of documents is accompanying the air shipment." (not applicable to ocean shipments)
The above Bills of Lading, Air Waybill or other transport documents are to be marked and evidence:
Freight[8]:   ☒ Collect   ☐ Prepaid        Notify Party[9]: **SLAMDUNK SPORTSWEAR INC.**
Partial shipments:   ☐ Allowed   ☒ Not allowed      Shipment not later than: **DECEMBER 15, 2007**
☐ Forwarder's Cargo Receipt issued by _____ showing merchandise
received no later than _____, consigned to or held at the disposal of the Applicant.
☒ Original and _2_ copy(ies) of Packing List.

☐ Original and ___ copy(ies) of Certificate of Origin.

☐ Beneficiary's certificate that "one set of original documents has been couriered directly to _____."

☒ Original and _2_ copy(ies) of **FOOTWEAR INTERIM INVOICE**_____.

SPECIAL CONDITIONS/INSTRUCTIONS
☐ Please make the L/C transferable in full or in parts by any bank. (not permitted unless marked)
☐ All bank charges other than those of the Issuing Bank are for the account of the Beneficiary. (for Applicant if not marked)
Discount charges, if any (applicable only to drafts other than "sight"), are for the account of the   ☐ Beneficiary.
                                                                                                        ☐ Applicant.
☐ All documents are to be sent to you in one lot by courier. (airmail if not marked)
☒ Other conditions/instructions: **EARLIER SHIPMENTS PERMITTED, COMMERCIAL INVOICES MUST DETAIL :
STYLE #, COLOR, SIZE RUN,
QUANTITY AND PRICE OF EVERY STYLE PURCHASED**

APPLICATION FOR IRREVOCABLE COMMERCIAL LETTER OF CREDIT (Page 3 of 2)

**FULL SET ORIGINAL OCEAN BILL OF LADING CONSIGNEED TO: THE ORDER OF THE SHIPPER, BLANK ENDORSED, NOTIFY: SLAMDUNK SPORTSWEAR INC. 1960 THIRD AVE, NEW YORK, NY 10029, MARKED FREIGHT COLLECT, BEARING THIS LETTER OF CREDIT NUMBER.**

**IF FOWARDER CARGO RECEIPT IS IN LIEU OF BILL OF LADING, CONSIGNEED TO SLAMDUNK SPORTSWEAR INC. 1960 THIRD AVE, NEW YORK, NY 10029**

**SLAMDUNK SPORTSWEAR, INC.**

| Account Party Name (if different from Applicant ) | | Applicant (Correspondent Bank's Name, if applicable) | |
|---|---|---|---|
| | 9/18/2007 | | |
| Authorized Signature | Date | Authorized Signature | Date |
| Phone No.: 212 216-9462 | Fax No.: 212-216-9344 | Phone No.: | Fax No.: |

**GUIDELINES FOR COMPLETING THIS APPLICATION FORM**

1. If the proper arrangements have been made, applications and inquiries may be submitted by fax or e-mail to the addresses listed.
2. Advising Bank: If none is specified, the L/C will be advised through one of TD-BANKNORTH, N.A. Bank's correspondent banks/branches in the country of the Beneficiary.
3. Tenor: 'Sight' means payable immediately. For 'time' items, the tenor or maturity date should be specified. Example: '30 days after date of shipment'
4. Documents: Choose/specify all documents required for clearance of goods and internal use and to provide satisfactory evidence of shipment of goods as ordered. Keep in mind that non-documentary conditions cannot be included and the bank will pay as long as documents comply.
5. Merchandise: Description of goods should be as in the Beneficiary's proforma invoice but only in generic terms without excessive details such as quality, specifications, measurements, etc. This description will be required in the invoice presented under the L/C.
6. Shipping Terms: Shipping terms listed are standard Incoterms published by the International Chamber of Commerce and are used in international shipments to divide costs, rights, and obligations between buyers and sellers. *Do not be confused by the fact that some of the same terms are in common use for domestic shipments but have different meanings under the Uniform Commercial Code*, which only covers shipments within the United States, not internationally. In particular, FOB, CFR, and CIF are used internationally when goods are to be shipped via ocean and where it is agreed that the seller is responsible for inland carriage to the port of loading and any damage to the goods until they "cross the ship's rail." These 3 terms should not be used when requesting multimodal transport or when shipment is expected to be made in containers.
7. Transshipment: Unloading and reloading from one vessel to another of break-bulk goods during ocean carriage. Allowed unless otherwise specified. Even if prohibited, transshipment is allowed when goods are containerized and any time air or multimodal transport is requested unless the prohibition is explicitly stated under Other Instructions, e.g, "transport documents must not evidence unloading and reloading of goods, even if in containers, between the port of loading and the port of destination."
8. Freight: Choose 'prepaid' or 'collect' to match shipping term/Incoterm chosen.
9. Notify Party: Party to be notified by the carrier upon arrival of goods (usually a customs broker).

# EXHIBIT B

# G-Force Athletics, LLC.

http://www.gforceathletics.com

45 W. 34th Street, New York, NY 10001
Tel: (212) 216-9462          Fax (212) 216-9344

**P/O No.: 09091707**
P/O Date: 9/17/2007
Page   1

## Purchase Order

| Vendor ID: 000009  Terms: | | Ship Via: **UPS SCS** | | | | Print Time: 9/18/2007   17:18 |
|---|---|---|---|---|---|---|

Attn:
**CARA INTERNATIONAL HOLDINGS LTD.**
9/F EASTERN FLOWER CENTRE, 22-24 CA
ROAD
TSIMSHATSUI,KOWLOON,HONG,
Tel:                    Fax:

Ship To Address:
**G-Force Athletics, LLC.**
45 W. 34th Street

New York, NY 10001

| Payment Terms | Cancellation Date | Ship Date | FOB Point |
|---|---|---|---|
| **60 DAYS AFTER SIGHT** | 12/15/2007 | 12/01/2007 | **XIAMEN** |

| Item No. | Color | Run | Description | Pr/Cs | Pr Qty | Cs Qty | Est.Rcv | PrPrice | CsPrice | Ext.Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1810213 | Carolina/Multi | A | Bang Mid- Carolina/Multi (Dream Team) | 12 | | 10 | 1/01/2007 | 12.10 | 145.20 | 1452.00 |
| 1810213 | Carolina/Multi | B | Bang Mid- Carolina/Multi (Dream Team) | 12 | | 53 | 1/01/2007 | 12.10 | 145.20 | 7695.60 |
| 1810213 | Carolina/Multi | C | Bang Mid- Carolina/Multi (Dream Team) | 12 | | 37 | 1/01/2007 | 12.10 | 145.20 | 5372.40 |
| 2810213 | Carolina/Multi | Z | Bang Mid- Carolina/Multi (Dream Team) | 12 | | 117 | 1/01/2007 | 11.20 | 134.40 | 15724.80 |
| 1810201 | White/Red | A | Bang Mid- White/Red (Tokyo) | 12 | | 8 | 1/01/2007 | 14.50 | 174.00 | 1392.00 |
| 1810201 | White/Red | B | Bang Mid- White/Red (Tokyo) | 12 | | 32 | 1/01/2007 | 14.50 | 174.00 | 5568.00 |
| 1810201 | White/Red | C | Bang Mid- White/Red (Tokyo) | 12 | | 22 | 1/01/2007 | 14.50 | 174.00 | 3828.00 |
| 2810201 | White/Red | Z | Bang Mid- White/Red (Tokyo) | 12 | | 80 | 1/01/2007 | 13.00 | 156.00 | 12480.00 |

| Total Order: | 8 | Items | Open Stk Qty: | | Cases: | 359 | Purchase Amount: | 53512.80 |
|---|---|---|---|---|---|---|---|---|
| For Customer: | | | | Actual Ship Cases: | | | | |

Authorized By: _____  Date: _____

# EXHIBIT C

**Subject: G-Force - L/C Amendment**
**Date:** Saturday, December 15, 2007 3:35 AM
**From:** Helena - Cara <helena@cara.com.hk>
**To:** <esasson@gforceathletics.com>
**Cc:** <annette@cara.com.hk>, Elizabeth Yeung - Cara <elizabeth@cara.com.hk>,
'rosalee' <rosalee@cara.com.hk>, 'raphaelho-cara' <raphaelho@cara.com.hk>,
<slamdunksportswear@yahoo.com>
**Conversation:** G-Force - L/C Amendment

Dear Eric

Here are our answers to your points.

1. We agree to pay amendment fee of this L/C. Please send application to
your bank for L/C amendment as soon as possible.

2. Please advise the difference in the expedited container service (22 Day
Vessel) first.

3. In accordance with our trade practice, there is no inspection carried
out. We do not agree with your extra requirements.

Thanks & best regards
Helena Lam
Cara International Holdings Ltd.
Tel.: 852-2311 8380 (Ext. 17) / Fax: 852-2722 0672

-----Original Message-----
From: Eric Sasson [mailto:esasson@gforceathletics.com]
Sent: Friday, December 14, 2007 11:31 AM
To: Helena - Cara; 'David - Cara'; Rosa Lee-Cara; 'Annette Hui - Cara'
Subject: L/C Amendment

Hi Helena,

We would gladly amend the L/C on these points:

1. Cara will be responsible for the L/C amendment Charge
2. Cara will be responsible for difference in the expedited container
service. (22 Day Vessel)
3. Cara will agree to a third party inspection on the shoes.

If all these conditions are ok, we will gladly amend L/C.

Thanks


Eric Sasson
G-force Athletics, LLC
Office: 212.216.9462
Cell: 908.433.3370

Wed, Jan 9, 2008  1:42 PM

**Subject: FW: G-Force - L/C Amendment**
**Date:** Thursday, December 20, 2007 6:42 AM
**From:** Helena - Cara <helena@cara.com.hk>
**To:** <esasson@gforceathletics.com>
**Cc:** <slamdunksportswear@yahoo.com>, <annette@cara.com.hk>, 'Rosa Lee-Cara'
<rosalee@cara.com.hk>, Elizabeth Yeung - Cara <elizabeth@cara.com.hk>,
<raphaelho@cara.com.hk>
**Conversation:** G-Force - L/C Amendment

Dear Eric

We do not accept your cancellation of po# 09-091707-C in such a late notice and
we reserve the right to claim for any damages.

Best regards

Helena Lam
Cara International Holdings Ltd.
Tel.: 852-2311 8380 (Ext. 17) / Fax: 852-2722 0672
-----Original Message-----
**From:** Eric Sasson [mailto:esasson@gforceathletics.com]
**Sent:** Thursday, December 20, 2007 5:01 AM
**To:** Helena - Cara
**Subject:** Re: G-Force - L/C Amendment
**Importance:** High

Dear Helena,

-Due to the fact that our business relationship is coming to an end, and Cara is not allowing our relationship to end
gracefully, the way we prefer. We no longer have confidence that Cara is protecting our best interest in China. In
order for us to accept all shoes at this point, based on current climate between our two companies, we find it
mandatory to inspect all final shipments.

-PO#09-091707-C : Please cancel this shipment, Reason, past ship-date.

Thanks

Eric Sasson
G-force Athletics, LLC
Office: 212.216.9462
Cell: 908.433.3370

> From: Helena - Cara <helena@cara.com.hk>
> Date: Sat, 15 Dec 2007 16:35:36 +0800
> To: <esasson@gforceathletics.com>
> Cc: <annette@cara.com.hk>, Elizabeth Yeung - Cara <elizabeth@cara.com.hk>,

> 'rosalee' <rosalee@cara.com.hk>, 'raphaelho-cara' <raphaelho@cara.com.hk>,
> <slamdunksportswear@yahoo.com>
> Subject: G-Force - L/C Amendment
>
> Dear Eric
>
> Here are our answers to your points.
>
> 1. We agree to pay amendment fee of this L/C. Please send application to
> your bank for L/C amendment as soon as possible.
>
> 2. Please advise the difference in the expedited container service (22 Day
> Vessel) first.
>
> 3. In accordance with our trade practice, there is no inspection carried
> out. We do not agree with your extra requirements.
>
> Thanks & best regards
> Helena Lam
> Cara International Holdings Ltd.
> Tel.: 852-2311 8380 (Ext. 17) / Fax: 852-2722 0672
>
> -----Original Message-----
> From: Eric Sasson [mailto:esasson@gforceathletics.com] <mailto:esasson@gforceathletics.com%5d>
> Sent: Friday, December 14, 2007 11:31 AM
> To: Helena - Cara; 'David - Cara'; Rosa Lee-Cara; 'Annette Hui - Cara'
> Subject: L/C Amendment
>
> Hi Helena,
>
> We would gladly amend the L/C on these points:
>
> 1. Cara will be responsible for the L/C amendment Charge
> 2. Cara will be responsible for difference in the expedited container
> service. (22 Day Vessel)
> 3. Cara will agree to a third party inspection on the shoes.
>
> If all these conditions are ok, we will gladly amend L/C.
>
> Thanks
>
>
> Eric Sasson
> G-force Athletics, LLC
> Office: 212.216.9462
> Cell: 908.433.3370
>
>
>

# EXHIBIT D



**Speedy** Global Logistics
International Freight Forwarder

## SPEEDY GLOBAL LOGISTICS, LLC.
5250 W.CENTURY BLVD SUITE#207
LOS ANGELES, CA 90045
(TEL)310-410-0840  (FAX)310-410-0912
E-MAIL : speedy-lax@speedy-logistics.com

## Arrival Notice - Invoice

Invoice # : ILA16241
Invoice Date : 01/07/08
Reference No. : OI2921

**Bill**
SLAMDUNK SPORTWEAR, INC.
1960 THIRD AVE,
NEW YORK, NY 10029

M B/L # : CHHKXMNYC3AG879
AMS B/L # : GA0710554NYC
SCAC # : SYAL
H. B/L # : GA0710554NYC
***O B/L REQUIRED***

**Consignee**
SLAMDUNK SPORTWEAR, INC.
1960 THIRD AVE,
NEW YORK, NY 10029

TEL:908-433-3370

Carrier : CHINA SHIPPING
Vsl/Voy. : CSCL SEATTLE V.0085E

E.T.D. : 12/26/07
E.T.A. : 01/07/08
Final Date : 01/16/08

**Cargo Location**
CSX - SOUTH KEARNY, NJ (FIRMS: E389)
700 OLD FISH HOUSE ROAD,
SOUTH KEARNY, NJ 07032
TEL : 973-274-2400

Port of Loading : XIAMEN, CHINA
Port of Discharge : LONG BEACH, CA
Final Destination : NEW YORK, NY

Shipper : CARA INTERNATIONAL HOLDINGS LTD
IT No. & Date : VRA08494150          01/07/08      LONG BEACH, CA
Nature Of Goods : FOOTWEAR - 4308 PAIRS OF SNEAKERS
PO. NO. 09-091707-C
LETTER OF CREDIT NO. 10004114

4336.50 **KGS**
44.670 **CBM**
359 **CARTONS**

**Container No.**
DFSU4201603          40  ST  S/N:G659357

Brokerage

## Freight Bill

| Description of Charges | Amount |
|---|---|
| IMPORT HANDLING CHARGE | 55.00 |
| **Total Charges** | **55.00** |

* Please make your check payable to :  **SPEEDY GLOBAL LOGISTICS, LLC.**

* Cargo will be released against surrender of bill of lading and payment of charges. Please allow 24 hours for release of direct call FCL shipments after receipt of payment  and original bill of lading.   Please allow 48 hours for release of IPI/MLB/RIPI FCL shipments after receipt of payment and original bill of lading.    Unpaid charges may result in a lien on future shipments, including the cost of storage and appropriate security for the subsequent shipment.

OIH_AN

# EXHIBIT E



# GALA Shipping Limited
## BILL OF LADING

| SHIPPER/EXPORTER (2) (COMPLETE NAME AND ADDRESS)<br>CARA INTERNATIONAL HOLDINGS LTD<br>9/F.,EASTERN FLOWER CENTRE, 22-24<br>CAMERON ROAD, TSIMSHATSUI,<br>KOWLOON,HONG KONG | DOCUMENT NO. (5)<br>GA0710554NYC | FMC<br>NVOCC<br>LIC#2238NF |
|---|---|---|

| | EXPORT REFERENCES (6)<br>Job No: SE20070465 |
|---|---|

| CONSIGNEE (3) (COMPLETE NAME AND ADDRESS)<br>TO THE ORDER OF THE SHIPPER | FORWARDING AGENT - REFERENCES (7) |
|---|---|

| | POINT AND COUNTRY OF ORIGIN (8) |
|---|---|

| NOTIFY PARTY (4)(COMPLETE NAME AND ADDRESS)<br>SLAMDUNK SPORTSWEAR, INC.<br>1960 THIRD AVE, NEW YORK, NY 10029 | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>FORWARDING AGENT:<br>SPEEDY INTERNATIONAL LLC (LAX)<br>5250 W. CENTURY BLVD.,<br>SUITE 207, LOS ANGELES<br>CA90045<br>SAMANTHA PONG<br>TEL:310-410-0860 FAX:310-410-0912 |
|---|---|

| PIER/TERMINAL (10) | |
|---|---|

| VESSEL (11)  FLAG  v.0085E<br>CSCL SEATTLE | PORT OF LOADING (12)<br>XIAMEN, CHINA | ONWARD INLAND ROUTING (15) |
|---|---|---|
| PORT OF DISCHARGE FROM VESSEL (13)<br>LOS ANGELES, CA | FOR TRANSSHIPMENT TO (14)<br>NEW YORK, USA,NY | |

| MARKS AND NUMBERS<br>(16) | NO. OF PKGS.<br>(17) | PARTICULARS FURNISHED BY SHIPPER<br>DESCRIPTION OF PACKAGES AND GOODS<br>(18) | GROSS WEIGHT<br>(19)<br>KGS | MEASUREMENT<br>(20)<br>CBM |
|---|---|---|---|---|
| DFSU4201603 /G659357 | | CONTAINER NOS.<br>/40'      /CY/CY<br><br>SHIPPER'S LOAD & COUNT & SEAL S.T.C. : -<br>***THIS SHIPMENT CONTAINS NO WOOD PACKING MATERIALS<br><br>MARKS & NOS. & DESCRIPTION OF<br>GOODS AS PER LIST ATTACHED. | | |
| | 359 CARTON(S) | | 4336.500 | 44.670 |

, TOTAL: ONE(1X40') CONTAINER(S) ONLY

SHIPPED ON BOARD :Dec 15,2007

| FREIGHT AND CHARGES PAYABLE AT | DESTINATION | | PREPAID ☐ | | COLLECT ☒ |
|---|---|---|---|---|---|
| | PREPAID | COLLECT | | | |
| "FREIGHT COLLECT" | | AS ARRANGED | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

RECEIVED the goods or the containers, vans, trailers, pallet units or other packages said to contain goods herein mentioned, in apparent good order and condition, except as otherwise indicated, to be transported, delivered or transhipped as provided herein. All of the provisions written, printed or stamped on either side hereof are part of this bill of lading contract.

IN WITNESS WHEREOF, the Master or agent of said vessel has signed bills of lading, all of the same tenor and date, one of which being accomplished, the others to stand void.

BY    GALA LOGISTICS LIMITED

AS AGENT FOR THE CARRIER
CHINA SHIPPING CONTAINER LINES
(HONG KONG) CO.LTD

DATED
Dec 15,2007

B/L NO.
GA0710554NYC

Ref. 014610

BY N853

# EXHIBIT F

| Real/Plan | Vessel Name | Voyage | Leg | Port | Arrival Date | Sailing Date |
|---|---|---|---|---|---|---|
| Schedule By Vessel | | | | | | |
| R | CSCL SEATTLE | 0085 | E | JEBEL ALI | 2007-12-09 | 2007-12-10 |
| R | CSCL SEATTLE | 0085 | E | NHAVA SHEVA | 2007-12-13 | 2007-12-14 |
| R | CSCL SEATTLE | 0085 | E | PORT KELANG | 2007-12-18 | 2007-12-19 |
| R | CSCL SEATTLE | 0085 | E | NANSHA,GUANGDONG(XINGANG) | 2007-12-22 | 2007-12-23 |
| R | CSCL SEATTLE | 0085 | E | HONG KONG | 2007-12-23 | 2007-12-24 |
| R | CSCL SEATTLE | 0085 | E | YANTIAN | 2007-12-24 | 2007-12-24 |
| R | CSCL SEATTLE | 0085 | E | XIAMEN | 2007-12-25 | 2007-12-26 |
| R | CSCL SEATTLE | 0085 | E | PUSAN | 2007-12-28 | 2007-12-28 |
| R | CSCL SEATTLE | 0085 | E | LONG BEACH,CA | 2008-01-07 | 2008-01-10 |

http://222.66.158.204/module/csp/index.jsp?userside=WAN&do&mod=CSP as of 1/8/2008 2:45 PM

# EXHIBIT G

# CHINA SHIPPING CARGO TRACKING

### B/L INFORMATION

| BL NO. | LOADING PORT | DISCHARGE PORT |
|---|---|---|
| XMNYC3AG879 | XIAMEN | LONG BEACH,CA |

### UNIT INFORMATION

| UNIT NO. | SEAL NO. | CONTAINER TYPE |
|---|---|---|
| DFSU4201603 | G659357 | 40GP |

### ROUTING INFORMATION

| VESSEL&VOYAGE | PORT FROM | ETD | PORT TO | ETA |
|---|---|---|---|---|
| CSCL SEATTLE 0085 E | XIAMEN | 2007-12-26 | LONG BEACH,CA | 2008-01-07 |

The cargo status provided here is port to port information and for your reference only.
If you want further message on CARGO TRACKING,please contact us by E-Mail.

Copyright (C) 2004, All Rights Reserved by China Shipping (Group) Company, China Shipping Container Line.

http://222.66.158.204/cargo_track/cargo_track_rst.jsp as of 1/9/2008 12:22 PM

382415_1  1/9/08 12:22 PM  **DRAFT**

# EXHIBIT H

Sep-26-2007  09:36am  From-PONCE DE LEON FED BANK        12018647625      T-068  P.001/003  F-676

09/24/2007  16:39    9738396168                                                          PAGE  02/04

Attn:
Eric

IRREVOCABLE NEGOTIABLE CREDIT

DATE: SEPTEMBER 24, 2007

CREDIT NUMBER: ▓▓▓▓▓▓
EXPIRY: MARCH 10, 2008 COUNTRY OF
BENEFICIARY

APPLICANT
SLAMDUNK SPORTWEAR, INC.
1960 THIRD AVENUE
NEW YORK, NY  10029

BENEFICIARY
CARA INTERNATIONAL HOLDINGS LTD
9/F., EASTERN FLOWER CENTRE
22-24 CAMERON ROAD,
TSIMSHATSUI, KOWLOON, HONG KONG

ADVISING BANK:
CITIBANK
RE ISSUE PROGRAM
HONG KONG HONG KONG

WE HEREBY ISSUE THE LETTER OF
CREDIT FOR AN AMOUNT OR AMOUNTS
NOT TO EXCEED IN THE AGGREGATE
USD$190,017.00  (US DOLLARS ONE
HUNDRED NINETY THOUSAND SEVENTEEN)
CREDIT AVAILABLE WITH ANY BANK BY
NEGOTIATION AGAINST PRESENTATION
OF THE DOCUMENT DETAILED HEREIN
AND OF YOUR DRAFTS AT 60 DAYS
AFTER SIGHT DRAWN ON TD BANKNORTH,
N.A. AT 100 PERCENT INVOICE VALUE

PARTIAL SHIPMENT NOT ALLOWED
TRANSSHIPMENT ALLOWED
PORT OF LOADING: CHINA
PORT OF DISCHARGE: LOS ANGELES, CA
AND/OR NEW YORK, NY/NEW JERSEY USA
LATEST SHIPPING DATE: JANUARY 10,
2008

COVERING:
1466 CARTONS EQUALS 17,592 PAIRS OF SNEAKERS PO NO. 1D-021807-C
FOB CHINA

DOCUMENTATION REQUIRED:
+SIGNED COMMERCIAL INVOICE, ORIGINAL AND 3 COPIES. COMMERCIAL  INVOICE
MUST DETAIL:STYLE NO., COLOR, SIZE RUN, QUANTITY AND PRICE OF EVERY
STYLE PURCHASED.
+ PACKING LIST, ORIGINAL AND 2 COPIES.
+ FOOTWEAR INTERIM INVOICE.
+ COPY OF A CABLE OR FAX MESSAGE ADDRESSED TO THE APPLICANT GIVING DATE
AND MEANS OF SHIPMENT AND DESCRIPTION AND VALUE OF THE GOODS SHIPPED,
BEARING THE BENEFICIARIES' ORIGINAL CERTIFICATION THAT: QUOTE: THIS IS
A TRUE AND ACCURATE COPY OF A MESSAGE SENT AS ADDRESSED WITHIN TWO DAYS
OF SHIPMENTS OF THE DESCRIBED GOODS.UNQUOTE (FOR INSURANCE PURPOSES)
OCEAN BILL OF LADING - FULL SETS ARE REQUIRED.
CONSIGNED TO: THE ORDER OF THE SHIPPER, BLANK ENDORSED. NOTIFY:
                        Page 1 of 3

Sep-26-2007 09:36am From-PONCE DE LEON FED BANK    Case 1:08-cv-00258-RMB    Document 1    Filed 01/11/2008    Page 38 of 49    T-068    P.002/003    F-676
12018647625

09/24/2007 16:39    9738396168    TD BANKNORTH-INT'L D    PAGE 03/04

Page: 2
Reference Number: 10004122

SLAMDUNK SPORTWEARS INC.,1960 THIRD AVE,NEW YORK,NY 10029 .
MARKED FREIGHT COLLECT.
WE UNDERSTAND, INSURANCE WILL BE EFFECTED BY BUYER.
BEARING THIS LETTER OF CREDIT NUMBER. FREIGHT FORWARDER'S CARGO RECEIPT
ACCEPTABLE IN LIEU OF BILL OF LADING CONSIGNED TO SLAMDUNK SPORTWEARS
INC., 1960 THIRD AVE, NY,NY 10029

ADDITIONAL CONSIDERATIONS:
EARLIER SHIPMENT PERMITTED PROVIDED THAT DOCUMENTS ARE PRESENTED WITHIN
21 DAYS AFTER SHIPMENT, BUT WITHIN THE CREDIT VALIDITY.

+DOCUMENTS WITH DISCREPANCIES WILL BE REJECTED. HOWEVER,
NOTWITHSTANDING ANY PRIOR NOTICE OF REJECTION BY US, WE RESERVE THE
RIGHT TO ACCEPT A WAIVER OF DISCREPANCIES FROM THE APPLICANT, AND
SUBJECT TO OUR CONCURRENCE WITH SUCH WAIVER, WE RESERVE THE RIGHT TO
RELEASE DOCUMENTS AGAINST SUCH WAIVER WITHOUT TO THE PRESENTOR,
PROVIDED THAT NO WRITTEN INSTRUCTIONS TO THE CONTRARY ARE RECEIVED BY
US FROM THE PRESENTOR BEFORE SUCH RELEASE.

+WHEN PRESENTING DOCUMENTS TO TD BANKNORTH N.A., 2055 HAMBURG TURNPIKE,
WAYNE, NJ USA 07470, ATTN: INTERNATIONAL DEPARTMENT, PLEASE PRESENT AN
ADDITIONAL COPY OF ALL DOCUMENTS FOR OUR FILE. A COPY FEE OF USD 10.00
WILL BE DEDUCTED FROM THE PROCEEDS OF EACH DRAWING PRESENTED WITHOUT
THE REQUIRED COPIES.

+ALL CHARGES OTHER THAN THOSE OF THE ISSUING BANK ARE FOR ACCOUNT OF
THE BENEFICIARY.

+A DISCREPANCY FEE WILL BE DEDUCTED FROM THE PROCEEDS OF PAYMENT FOR
DOCUMENTS PRESENTED THAT DO NOT COMPLY WITH THE TERMS AND CONDITIONS OF
THE LETTER OF CREDIT.  SAID DISCREPANCY FEE SHALL BE ASSESSED PER SET
OF DOCUMENTS AND NOT PER DRAFT OR PER DRAWING.  NEGOTIATING BANK TO
FORWARD DRAFT AND DOCUMENTS TO US IN A SINGLE MAILING.

+DOCUMENTS MUST BE PRESENTED WITHIN 21 DAYS AFTER SHIPMENT OF DATE
GOODS RECEIVED BY FREIGHT FORWARDER IF FCR IS REQUIRED.
+THE AMOUNT OF EACH DRAFT MUST BE ENDORSED ON THE REVERSE OF THIS
CREDIT BY THE NEGOTIATING BANK.

+WE HEREBY ENGAGE WITH DRAWERS, ENDORSERS AND BONA FIDE HOLDERS THAT
ALL DOCUMENTS PRESENTED IN COMPLIANCE WITH THE TERMS AND CONDITIONS OF
**Page 2 of 3**

Case 1:08-cv-00258-RMB    Document 1    Filed 01/11/2008    Page 39 of 49
Sep-26-2007  09:36am   From-PONCE DE LEON FED BANK        12018647625        T-068  P.003/003  F-676

09/24/2007  16:39      9738396168                    TD BANKNORTH-INT'L D                    PAGE  04/04

Page: 3
Reference Number: 10004122

THIS LETTER OF CREDIT ON OR BEFORE EXPIRATION DATE WILL BE DULY HONORED
BY US.

+THE DOCUMENTARY CREDIT IS SUBJECT TO THE VERSION OF THE ICC UNIFORM
CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, INTERNATIONAL CHAMBER OF
COMMERCE, PARIS, FRANCE, WHICH IS IN EFFECT ON THE DATE OF ISSUE.
KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
THE ATTENTION OF INTERNATIONAL, 2055 HAMBURG TURNPIKE, WAYNE, NJ 07470
IF YOU NEED ASSISTANCE YOU MAY CONTACT CLARIBEL SEPULVEDA AT (973)
283-4000.

_____
    (AUTHORIZED SIGNATURE)

page 3 of 3

**TD Banknorth, N.A.**

**International Department**
**2055 Hamburg Turnpike**
**Wayne, NJ 07470**
**Telephone: 973-283-4000**
**Facsimile: 973-839-6426**

L/C no. _____
                     (For Bank Use)

## APPLICATION FOR IRREVOCABLE COMMERCIAL LETTER OF CREDIT (Page 1 of 2)
**(If using this form electronically, you should tab between fields or *DOUBLE*-click them with your mouse. Check boxes can be marked by hitting your space bar.  Please see guidelines for completing this application on page 2.)**

Subject to our Master Letter of Credit Agreement with you, please issue an irrevocable Commercial Letter of Credit (L/C) substantially as set forth below, and
☐ send the original L/C directly to the Beneficiary
☐ send the L/C to the Advising Bank indicated or your chosen correspondent, as applicable (for delivery to the Beneficiary)
by ☐ cable (SWIFT/telex/cablegram).    ☐ courier.    ☐ airmail.    ☐ other: _____.

| Advising Bank (optional)[2] | Applicant: (Correspondent Bank on whose behalf Credit is issued)<br>**PONCE DE LEON FEDERAL BANK**<br>**3821 BERGENLINE AVENUE**<br>**UNION CITY, NJ 07087** |
|---|---|
| Beneficiary of L/C (name & address expected to appear on invoices)<br>**CARA INTERNATIONAL HOLDINGS LIMITED**<br>**9/F., EASTERN FLOWER CENTRE**<br>**22-24 CAMERON ROAD, TSIMSHATSUI**<br>**KOWLOON, HONG KONG**<br>**TEL. 852-2311 8380 / FAX. 852-2722 0672** | Amount (U.S. dollars unless otherwise indicated)<br>up to:   **$ 190,017.00**<br>plus or minus ____% |
| Account Party :  (Insert only if different from Applicant)<br>**SLAMDUNK SPORTSWEAR, INC.**<br>**1960 THIRD AVENUE**<br>**NEW YORK, NY 10029** | Expiry Date of L/C (month in words, day, year)<br>**MARCH 10, 2008**<br>in the country of the Beneficiary unless otherwise indicated |

Please make the L/C subject to the Uniform Customs and Practice for Documentary Credits (UCP) currently in effect.

Documents must be presented within <u>21</u> days after shipment (21 days if not otherwise specified) but, in any case, within the validity of the credit.

Draft(s) must be drawn at (specify "sight" or other tenor[3]) <u>**60 DAYS AFTER SIGHT**</u>  (sight if not otherwise specified) for ____% (100% unless otherwise specified) of Commercial Invoice value drawn on you or (specify other drawee if desired) _____ and accompanied by the following documents[4]:

☒ Original and <u>2</u> copy(ies) of Commercial Invoice describing goods as[5]: <u>**1466 CARTONS EQUALS 17,592 PAIRS OF SNEAKERS PO#10-091807-C**</u>

APPLICATION FOR IRREVOCABLE COMMERCIAL LETTER OF CREDIT (Page 2 of 2)

☐ EXW[6] (Ex Works, Ex Factory At) _____ (place)
☐ FCA[6] (Free Carrier At) _____ (place)
☐ CPT[6] (Carriage Paid To) _____ (place)
☐ CIP[6] (Carriage & Insurance Paid To) _____ (place)
☒ FOB[6] (Free On Board At) **CHINA**____ (port of loading) (for port-to-port ocean shipments only; otherwise use FCA)
☐ CFR[6] (Cost & Freight Paid To) _____ (port of discharge) (for port-to-port ocean shipments only; otherwise use CPT)
☐ CIF[6] (Cost, Insurance & Freight Paid To) _____ (port of discharge) (for port-to-port ocean shipments only; otherwise use CIP)
☐ Other terms_____

☐ Marine Cargo Insurance Policy or Certificate (for CIP and CIF[6] shipments) in negotiable form for at least ____% (110% unless otherwise specified) of Commercial Invoice value, endorsed in blank and covering the following risks:
  ☐ All risks warehouse-to-warehouse
  ☐ All risks warehouse-to-warehouse including war risks and strikes, riots and civil commotions
  ☐ Other (specify) _____
☒ Copy of a cable or fax message addressed to the Applicant giving date and means of shipment and description and value of the goods shipped, bearing the Beneficiary's original signed certification that "This is a true and accurate copy of a message sent as addressed within two days of shipment of the described goods" (for insurance purposes on EXW, FCA, CPT, FOB, and CFR[6] shipments).

☐ Full set of Multimodal Transport (Door-to-Door) Bills of Lading showing place of receipt as _____ and place of delivery or final destination as _____ consigned to the order of the shipper, endorsed in blank.
☒ Full set of Port-to-Port Bills of Lading showing port of loading as **CHINA**_____
  and port of discharge as
    **NEW YORK/NEW JERSEY/ LOS ANGELES**_____, consigned to order of shipper, endorsed in blank.
  ☐ Transshipment[7] prohibited (only applies to Port-to-Port Bills of Lading).
☐ Original Shipper's Copy of Air Waybill, showing airport of departure as _____
  and airport of destination as _____, consigned to _____
  _____
  ☐ Beneficiary's certificate that "one extra set of documents is accompanying the air shipment." (not applicable to ocean shipments)
The above Bills of Lading, Air Waybill or other transport documents are to be marked and evidence:
Freight[8]:  ☒ Collect  ☐ Prepaid      Notify Party[9]: **SLAMDUNK SPORTSWEAR INC.**
Partial shipments:  ☐ Allowed  ☒ Not allowed    Shipment not later than: **JANUARY 10, 2008**
☐ Forwarder's Cargo Receipt issued by _____ showing merchandise
  received no later than _____, consigned to or held at the disposal of the Applicant.

☒ Original and _2_ copy(ies) of Packing List.

☐ Original and ___ copy(ies) of Certificate of Origin.

☐ Beneficiary's certificate that "one set of original documents has been couriered directly to _____."

☒ Original and _2_ copy(ies) of **FOOTWEAR INTERIM INVOICE**_____.

**SPECIAL CONDITIONS/INSTRUCTIONS**
☐ Please make the L/C transferable in full or in parts by any bank. (not permitted unless marked)
☐ All bank charges other than those of the Issuing Bank are for the account of the Beneficiary. (for Applicant if not marked)
Discount charges, if any (applicable only to drafts other than "sight"), are for the account of the  ☐ Beneficiary.
                                                                                                   ☐ Applicant.

☐ All documents are to be sent to you in one lot by courier. (airmail if not marked)
☒ Other conditions/instructions: **EARLIER SHIPMENTS PERMITTED, COMMERCIAL INVOICES MUST DETAIL :
  STYLE #, COLOR, SIZE RUN,
  QUANTITY AND PRICE OF EVERY STYLE PURCHASED**

APPLICATION FOR IRREVOCABLE COMMERCIAL LETTER OF CREDIT (Page 3 of 2)

**FULL SET ORIGINAL OCEAN BILL OF LADING CONSIGNEED TO: THE ORDER OF THE SHIPPER, BLANK ENDORSED, NOTIFY: SLAMDUNK SPORTSWEAR INC. 1960 THIRD AVE, NEW YORK, NY 10029, MARKED FREIGHT COLLECT, BEARING THIS LETTER OF CREDIT NUMBER.**

**IF FOWARDER CARGO RECEIPT IS IN LIEU OF BILL OF LADING, CONSIGNEED TO SLAMDUNK SPORTSWEAR INC. 1960 THIRD AVE, NEW YORK, NY 10029**

**SLAMDUNK SPORTSWEAR, INC.**

| | |
|---|---|
| Account Party Name (if different from Applicant ) | Applicant (Correspondent Bank's Name, if applicable) |
| _Ca____  9/21/2007_ | |
| Authorized Signature      Date | Authorized Signature      Date |
| Phone No.: **212 216-9462**   Fax No.: 212-216-9344 | Phone No.:      Fax No.: |

## GUIDELINES FOR COMPLETING THIS APPLICATION FORM

1. If the proper arrangements have been made, applications and inquiries may be submitted by fax or e-mail to the addresses listed.
2. Advising Bank: If none is specified, the L/C will be advised through one of TD-BANKNORTH, N.A. Bank's correspondent banks/branches in the country of the Beneficiary.
3. Tenor: 'Sight' means payable immediately. For 'time' items, the tenor or maturity date should be specified. Example: '30 days after date of shipment'
4. Documents: Choose/specify all documents required for clearance of goods and internal use and to provide satisfactory evidence of shipment of goods as ordered. Keep in mind that non-documentary conditions cannot be included and the bank will pay as long as documents comply.
5. Merchandise: Description of goods should be as in the Beneficiary's proforma invoice but only in generic terms without excessive details such as quality, specifications, measurements, etc. This description will be required in the invoice presented under the L/C.
6. Shipping Terms: Shipping terms listed are standard **Incoterms** published by the International Chamber of Commerce and are used in international shipments to divide costs, rights, and obligations between buyers and sellers. *Do not be confused by the fact that some of the same terms are in common use for domestic shipments but have different meanings under the Uniform Commercial Code,* which only covers shipments within the United States, not internationally. In particular, FOB, CFR, and CIF are used internationally when goods are to be shipped via ocean and where it is agreed that the seller is responsible for inland carriage to the port of loading and any damage to the goods until they "cross the ship's rail." These 3 terms should not be used when requesting multimodal transport or when shipment is expected to be made in containers.
7. Transshipment: Unloading and reloading from one vessel to another of **break-bulk** goods during **ocean** carriage. Allowed unless otherwise specified. Even if prohibited, transshipment is allowed when goods are containerized and any time air or multimodal transport is requested unless the prohibition is explicitly stated under Other Instructions, e.g, "transport documents must not evidence unloading and reloading of goods, even if in containers, between the port of loading and the port of destination."
8. Freight: Choose 'prepaid' or 'collect' to match shipping term/Incoterm chosen.
9. Notify Party: Party to be notified by the carrier upon arrival of goods (usually a customs broker).

# EXHIBIT I



## G-Force Athletics, LLC.
www.GforceAthletics.com

45 W. 34th Street, Suite 603, New York, NY 10001
Tel:  **(212) 216-9462**       Fax  (212) 216-9344

### Purchase Order

**P/O No.:** 10091807
P/O Date:  9/18/2007
Page    1

| Vendor ID: **000009**    Terms: | Ship Via: **UPS SCS** | Print Time:  **9/21/2007**    12:14 |
|---|---|---|

| Attn:<br>**CARA INTERNATIONAL HOLDINGS LTD.**<br>9/F EASTERN FLOWER CENTRE, 22-24 CA<br>ROAD<br>TSIMSHATSUI,KOWLOON,HONG,<br>Tel:              Fax: | Ship To Address:<br>**G-Force Athletics, LLC.**<br>45 W. 34th Street, Suite 603<br><br>New York, NY 10001 |
|---|---|

| Payment Terms | Cancellation Date | Ship Date | FOB Point |
|---|---|---|---|
| **60 DAYS AFTER SIGHT** | | **12/20/2007** | **XIAMEN** |

| Item No. | Color | Run | Description | Pr/Cs | Pr Qty | Cs Qty | Est.Rcv | PrPrice | CsPrice | Ext.Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1810211 | White/Navy | A | Bang Mid- White/Navy (Evil Knevil) | 12 | | 10 | 2/01/2008 | 10.35 | 124.20 | 1242.00 |
| 1810211 | White/Navy | B | Bang Mid- White/Navy (Evil Knevil) | 12 | | 53 | 2/01/2008 | 10.35 | 124.20 | 6582.60 |
| 1810211 | White/Navy | C | Bang Mid- White/Navy (Evil Knevil) | 12 | | 37 | 2/01/2008 | 10.35 | 124.20 | 4595.40 |
| 2810211 | White/Navy | Z | Bang Mid- White/Navy (Evil Knevil) | 12 | | 117 | 2/01/2008 | 9.45 | 113.40 | 13267.80 |
| 1810209 | Navy/White | A | Bang Mid- Navy/White (Fantastic 4) | 12 | | 8 | 2/01/2008 | 12.50 | 150.00 | 1200.00 |
| 1810209 | Navy/White | B | Bang Mid- Navy/White (Fantastic 4) | 12 | | 42 | 2/01/2008 | 12.50 | 150.00 | 6300.00 |
| 1810209 | Navy/White | C | Bang Mid- Navy/White (Fantastic 4) | 12 | | 30 | 2/01/2008 | 12.50 | 150.00 | 4500.00 |
| 2810209 | Navy/White | Z | Bang Mid- Navy/White (Fantastic 4) | 12 | | 100 | 2/01/2008 | 11.75 | 141.00 | 14100.00 |
| 1810602 | Red/White | A | Highlight Tape Mid- Red/White (Charles Barkley) | 12 | | 9 | 2/01/2008 | 12.75 | 153.00 | 1377.00 |
| 1810602 | Red/White | B | Highlight Tape Mid- Red/White (Charles Barkley) | 12 | | 48 | 2/01/2008 | 12.75 | 153.00 | 7344.00 |
| 1810602 | Red/White | C | Highlight Tape Mid- Red/White (Charles Barkley) | 12 | | 33 | 2/01/2008 | 12.75 | 153.00 | 5049.00 |
| 2810602 | Red/White | Z | Highlight Tape Mid- Red/White (Charles Barkley) | 12 | | 117 | 2/01/2008 | 12.00 | 144.00 | 16848.00 |
| 1810601 | Black/Red | A | Highlight Tape Mid- Black/Red (Destro) | 12 | | 9 | 2/01/2008 | 11.75 | 141.00 | 1269.00 |
| 1810601 | Black/Red | B | Highlight Tape Mid- Black/Red (Destro) | 12 | | 48 | 2/01/2008 | 11.75 | 141.00 | 6768.00 |
| 1810601 | Black/Red | C | Highlight Tape Mid- Black/Red (Destro) | 12 | | 33 | 2/01/2008 | 11.75 | 141.00 | 4653.00 |
| 2811403 | Purple/Plaid | Z | Buck Wyler- Purple/Plaid | 12 | | 134 | 2/01/2008 | 8.85 | 106.20 | 14230.80 |
| 2811407 | Purple/Multi | Z | Buck Wyler- Purple/Multi | 12 | | 117 | 2/01/2008 | 8.75 | 105.00 | 12285.00 |
| 2811408 | Red/Multi | Z | Buck Wyler- Red/Multi | 12 | | 117 | 2/01/2008 | 8.75 | 105.00 | 12285.00 |
| 1811001 | White/ Multi | A | Run N Gun- White/Multi (Marty Gras) | 12 | | 8 | 2/01/2008 | 10.50 | 126.00 | 1008.00 |
| 1811001 | White/ Multi | B | Run N Gun- White/Multi (Marty Gras) | 12 | | 42 | 2/01/2008 | 10.50 | 126.00 | 5292.00 |



# G-Force Athletics, LLC.
www.GforceAthletics.com

45 W. 34th Street, Suite 603, New York, NY 10001
Tel:  **(212) 216-9462**        Fax  (212) 216-9344

**P/O No.:** 10091807
P/O Date: 9/18/2007
Page    2

## Purchase Order

| Vendor ID: **000009**    Terms: | Ship Via: **UPS SCS** | Print Time:  **9/21/2007**    12:14 |
|---|---|---|

| Attn:<br>**CARA INTERNATIONAL HOLDINGS LTD.**<br>**9/F EASTERN FLOWER CENTRE, 22-24 CA**<br>**ROAD**<br>**TSIMSHATSUI,KOWLOON,HONG,**<br>Tel:              Fax: | Ship To Address:<br>**G-Force Athletics, LLC.**<br>**45 W. 34th Street, Suite 603**<br><br>**New York, NY 10001** |
|---|---|

| Payment Terms | Cancellation Date | Ship Date | FOB Point |
|---|---|---|---|
| **60 DAYS AFTER SIGHT** | | **12/20/2007** | **XIAMEN** |

| Item No. | Color | Run | Description | Pr/Cs | Pr Qty | Cs Qty | Est.Rcv | PrPrice | CsPrice | Ext.Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1811001 | White/ Multi | C | Run N Gun- White/Multi (Marty Gras) | 12 | | 30 | 2/01/2008 | 10.50 | 126.00 | 3780.00 |
| 2811001 | White/ Multi | Z | Run N Gun- White/Multi (Marty Gras) | 12 | | 90 | 2/01/2008 | 10.00 | 120.00 | 10800.00 |
| 281103 | Black/Multi | Z | Excalibur- Black/Multi (March Madness) | 12 | | 117 | 2/01/2008 | 12.80 | 153.60 | 17971.20 |
| 2811101 | White/ Multi | Z | Excalibur- White/Multi (Dream Team) | 12 | | 117 | 2/01/2008 | 12.30 | 147.60 | 17269.20 |

| Total Order: | 24 | Items | Open Stk Qty: | | Cases: | 1466 | Purchase Amount: | 190017.00 |
|---|---|---|---|---|---|---|---|---|
| For Customer: | | | | Actual Ship Cases: | | | | |

Authorized By: _____    Date: _____

# EXHIBIT J

## Murphy, David M.

| | |
|---|---|
| **From:** | Eric Sasson [esasson@gforceathletics.com] |
| **Sent:** | Wednesday, January 09, 2008 6:04 PM |
| **To:** | Murphy, David M. |
| **Subject:** | FW: Joeph / Eric - G-Force Order - GFM7017I - CFM samples (Men's #9) - As per Eric's email yesterday that the Run-N-Gun order was to be stopped, pls consult with Alan for details - 11.08. 07 |
| **Attachments:** | Re: Top Urgent - Joseph / Eric - RIB drawing - Regarding the outsole / midsole of Run-N-Gun (GFM7017) - 11.07.07; SHOP DRAWING CORR.pdf; GFM7017I (Run-N-Gun) - CFM sample - Men's #9 -11.03.07.jpg; Joseph - G-Force Order - Run-N-Gun - GFM7017I (White/Multi - Mardi Gras) - Quotation - 11.03.07; 11032007 - Qutoation For G-Force - Run-N-Gun (GFM7017I).xls |

Hi David,

See attached email for your reference.


Eric Sasson
G-force Athletics, LLC
Office: 212.216.9462
Cell: 908.433.3370

------ Forwarded Message
**From:** Rosa Lee-Cara <rosalee@cara.com.hk>
**Date:** Thu, 8 Nov 2007 11:50:42 +0800
**To:** <josephasel@yahoo.com>, <Josephfd005@yahoo.com>, <esasson@gforceathletics.com>
**Cc:** <slamdunksportwear@yahoo.com>, <annette@cara.com.hk>
**Subject:** Joeph / Eric - G-Force Order - GFM7017I - CFM samples (Men's #9) - As per Eric's email yesterday that the Run-N-Gun order was to be stopped, pls consult with Alan for details - 11.08. 07

Joseph / Eric
As per Eric's email yesterday that the Run-N-Gun order was to be stopped, pls consult with Alan for details, tks.
B.Rgds./Rosa 11.08.07

-----Original Message-----
From: Joseph Davis [mailto:josephasel@yahoo.com]
Sent: Wednesday, November 07, 2007 11:04 PM
To: Rosa Lee-Cara; Josephfd005@yahoo.com <mailto:Josephfd005@yahoo.com> ;
esasson@gforceathletics.com <mailto:esasson@gforceathletics.com>
Cc: slamdunksportwear@yahoo.com <mailto:slamdunksportwear@yahoo.com> ; annette@cara.com.hk
<mailto:annette@cara.com.hk>
Subject: Re: Joeph / Eric - G-Force Order - GFM7017I - CFM samples (Men's #9) - Would you please help to
fill in the "CFM sample approval status" to us - 11.07. 07


Rosa,

This shoe is taking too long. The protos are too late. The price is way off. The revised tooling will make it
later. It is looking worse.
We need to decide if we will move forward with it. Too much was wasted already.
As I said in August our key buyer wanted to see it at Magic and now that buy is not interested.

I will get back to you. Do not resend your mail. I recognized it yesterday.

Case 1:08-cv-00258-RMB   Document 1   Filed 01/11/2008   Page 48 of 49

Joseph
-----Original Message-----
**From:** Rosa Lee-Cara [mailto:rosalee@cara.com.hk]
**Sent:** Wednesday, November 07, 2007 10:23 AM
**To:** 'josephasel@yahoo.com'; 'Josephfd005@yahoo.com'; 'esasson@gforceathletics.com'
**Cc:** 'slamdunksportwear@yahoo.com'; 'annette@cara.com.hk'
**Subject:** Joeph / Eric - G-Force Order - GFM7017I - CFM samples (Men's #9) - Would you please help to fill in the "CFM sample approval status" to us - 11.07. 07

Joseph / Eric
We still haven't got any adjustment from you today, please advise &
pls confirm the attached price of GFM7017i (White/Multi -Mardi Gras) which sent to you on Nov-3, tks.
B.Rgds./Rosa 11.07.07

-----Original Message-----
**From:** Joseph Davis [mailto:josephasel@yahoo.com]
**Sent:** Tuesday, November 06, 2007 12:58 AM
**To:** Rosa Lee-Cara; Josephfd005@yahoo.com <mailto:Josephfd005@yahoo.com> ;
esasson@gforceathletics.com <mailto:esasson@gforceathletics.com>
**Cc:** slamdunksportwear@yahoo.com <mailto:slamdunksportwear@yahoo.com> ; annette@cara.com.hk
<mailto:annette@cara.com.hk>
**Subject:** Re: Joeph / Eric - G-Force Order - GFM7017I - CFM samples (Men's #9) - Would you please help to fill in the "CFM sample approval status" to us - 11.03. 07

Rosa,

This proto still needs some work.  I will send you adjustments today.
Best,
Joseph

-----Original Message-----
**From:** Rosa Lee-Cara [mailto:rosalee@cara.com.hk]
**Sent:** Saturday, November 03, 2007 3:56 PM
**To:** 'josephasel@yahoo.com'; 'Josephfd005@yahoo.com'; 'esasson@gforceathletics.com'
**Cc:** 'slamdunksportwear@yahoo.com'; 'annette@cara.com.hk'
**Subject:** Joeph / Eric - G-Force Order - GFM7017I - CFM samples (Men's #9) - Would you please help to fill in the "CFM sample approval status" to us - 11.03. 07

Hi Joseph / Eric

Today (3 Nov , 2007) we sent out the below samples to your NYO via  UPS#H750-6008-183.
We would like you can help to fill in the "CFM sample approval status" to us once upon receipt, tks.

Besides, we would grateful if you can sign back the CFM sample x0.5Pair to us, thank you very much .
P.S. Sorry to inform you that there are some material & color mistakes of this CFM sample (Met Panel material &
Collar color).
    Would like you to review & advise us the comments once upon receipt, thank you.

Enclosed the photos for your easy reference, thank you.
B.Rgds. / Rosa 11.  03.  07

Description        Quantity
<< CFM sample >>

GFM7017I (Run-N-Gun - White/Multi - Mardi Gras)    Men's #9   dd 2/Nov/2007 1.5 Pairs

1.5 Pairs

------ End of Forwarded Message