UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLAM DUNK SPORTSWEAR, INC., Plaintiff, -v- TD BANKNORTH, N.A., Defendant. | Case No. 08-cv-00258 **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SLAM DUNK SPORTSWEAR, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NOT APPLICABLE

Date: 1/11/08

Signature of Attorney

**Attorney Bar Code:** 2099134