UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SLAM DUNK SPORTSWEAR, INC., | : |
| Plaintiff, | : |
| v. | : 08 Civ. 0258 (RMB) |
| TD BANKNORTH, N.A., | : AFFIRMATION OF SERVICE |
| Defendant. | : |

---

I, Frances P. Hadfield, declare under penalty of perjury that I served a copy of the Complaint, Application for Temporary Restraining Order and Motion for a Preliminary Injunction, and Affidavit of David M. Murphy upon:

> TD BankNorth, NA
> Two Portland Square
> Portland, Maine 04101
>
> Mr. James Mooney, Senior Vice President
> TD BankNorth, NA
> 15 Park Street, PO Box 9111
> Framingham, MA 01701
>
> Ms. Lisa Catalano
> TD BankNorth, NA
> International Department
> 2055 Hamburg Turnpike
> Wayne, NJ 07470

via Federal Express, e-mail and facsimile. Pursuant to the Judge's order, Mr. Mooney and Ms. Catalano received a copy of the papers via e-mail and facsimile respectively by 7 pm on January 11, 2008.

Dated: New York, New York
January 14, 2008

Frances P. Hadfield
Grunfeld, Desiderio, Lebowitz,
Silverman & Klestadt LLP
399 Park Ave, 25th Floor
New York, New York 10022
212-557-4000