UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SLAM DUNK SPORTSWEAR, INC.,

    Plaintiffs,

v.

TD BANKNORTH, N.A.,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

Civil No. 08 Civ. 258 (RMB)
Oral Argument Requested

## ~~PROPOSED TEMPORARY RESTRAINING~~ ORDER   RMB

Pursuant to Federal Rule of Civil Procedure 65, and upon consideration of Plaintiff, Slam Dunk Sportswear, Inc.'s, application for a temporary restraining order and motion for a preliminary injunction against payment by Defendant, TD Banknorth, N.A., on letter of credit number 10004114 in the amount of $53,512.80, and 10004122 in the amount of $190,017.00 to the benefit of Cara International Holdings L.P. ("Cara") and all other papers and proceedings herein, it clearly appearing:

(1) That immediate and irreparable injury, loss or damage will result to plaintiff before all possible interested parties or their attorney(s) can be heard in opposition to this Application; and

(2) That the injury suffered by plaintiff, as a result of payment on the letter of credit number 10004114, upon which fraudulent papers were presented; and

(3) That the injury suffered by plaintiff will be irreparable even if this court determines fraud in the transaction of negotiating this letter of credit,



~~(4) That restraint against payment of the letter of credit will preserve the status quo until there is an opportunity to hold a hearing on the motion for a preliminary injunction currently filed, and that such restraint will cause no harm to interested parties;~~

IT IS HEREBY

~~ORDERED that plaintiff's application for a temporary restraining order pending a ruling on the motion for a preliminary injunction is GRANTED; and it is further~~ **RMB**

~~ORDERED that Defendant, TD BANKNORTH, N.A., shall be, and hereby is, RESTRAINED, from paying letter of credit numbers 10004114 and 10004122; and it is further~~

ORDERED that Defendant may file opposing papers on or before **9:00 A.M. on JAN. 14**, 2008 respecting this order and plaintiff's application for a preliminary injunction, and it is further

ORDERED that **A CONFERENCE WILL BE HELD** ~~plaintiff's motion for a preliminary injunction shall be heard~~ before this court on **1/14/08** at **11:30** a.m.~~/p.m.~~, and it is further **RMB**

ORDERED that service of a copy of this Order, by mail together with the papers in support thereof, upon TD BANKNORTH, N.A., at its principal corporate office at Two Portland Square, Portland, Maine 04101, **by 7:00 P.M. on JAN. 11, 2008** will be good and sufficient service thereof against the Defendant, and it is further

~~ORDERED that this Order shall expire ___ days from the date of entry of the same unless extended for good cause shown.~~ **RMB**

SO ORDERED;

*Richard M. Berman*
JUDGE

Dated **1/11/08**
New York, New York

2