UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SLAM DUNK SPORTSWEAR, INC.,

                Plaintiff,      :   08 Civ. 258 (RMB)

      -against-           :   **ORDER**

TD BANKNORTH, N.A.,

                Defendant.
------------------------------------------------------------X

    **WHEREAS** Plaintiff has filed an application for temporary injunctive relief pursuant to Federal Rule of Civil Procedure 65 to enjoin Defendant from paying letter of credit numbers 10004114 and 10004122 to the benefit of Cara International Holdings L.P., it is hereby

    **ORDERED** that a conference is to be held at 11:30 a.m. on Monday, January 14, 2008 in Courtroom 21D at the United States Federal Courthouse, 500 Pearl Street, New York, New York;

    **ORDERED** that service of a copy of this Order together with the papers in support of Plaintiff's application be made upon Defendant T.D. Banknorth, N.A. by 7:00 p.m. on Friday, January 11, 2008;

    **ORDERED** that Defendant is to file a response, if any, (with courtesy copies hand delivered to chambers) by 9:00 a.m. on Monday, January 14, 2008.

**SO ORDERED.**

Dated: New York, New York
       January 11, 2008

                                              */s/ Richard M. Berman*
                                              Richard M. Berman, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```