### UNITED STATES DISTRICT COURT OF THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLAMDUNK SPORTSWEAR, INC., | |
|                 Plaintiff, | Case No. 08-0258-cv (RMB) |
|        v. | **NOTICE OF APPEARANCE** |
| TD BANKNORTH, N.A., | |
|                 Defendant. | |

PLEASE TAKE NOTICE, that Michael C. Foley, Esq, of Phillips Lytle LLP hereby appears in the above entitled action as counsel on behalf of defendant TD Banknorth, N.A and demands that all papers in this action be served upon the undersigned at the email, office and post office address below.

Dated:  New York, New York
         January 16, 2008

                                        PHILLIPS LYTLE LLP

                                        By: /s/Michael C. Foley
                                              Michael C. Foley
                                        *Counsel for Defendant*
                                        *TD Banknorth, N.A.*
                                        437 Madison Avenue, 34th Floor
                                        New York, New York  10022
                                        Email:  mfoley@phillipslytle.com
                                        Tel:  (212) 759-4888

TO:
David M. Murphy, Esq.
Frances P. Hadfield, Esq.
Grunfeld Desiderio Lebowitz
  Silverman & Klestadt, LLP
399 Park Avenue, 25th Floor
New York, NY  10022
Email:  dmurphy@gdlsk.com
        fhadfield@gdlsk.com
Tel:  (212) 973-7755

Doc # 05-328396.1