UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLAM DUNK SPORTSWEAR, INC., | |
| Plaintiff, | Case No. 08-0258-cv (RMB) |
| v. | **RULE 7.1 STATEMENT** |
| TD BANKNORTH, N.A., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the defendant TD Banknorth, N.A., by its attorneys Phillips Lytle LLP, states that TD Banknorth, N.A. is a wholly owned subsidiary of TD Banknorth, Inc.  TD Banknorth, Inc. is a wholly owned subsidiary of TD Bank Financial Group, the shares of which are publicly traded as Toronto Dominion Bank on the New York, Toronto, and Tokyo Stock Exchanges.

Dated:  New York, New York
        January 16, 2008

Respectfully submitted,

PHILLIPS LYTLE LLP

By:  /s/Michael C. Foley
Michael C. Foley (MF 3671)
437 Madison Avenue
New York, New York 10022
(212) 759-4888

*Attorneys for Defendant, TD Banknorth, N.A.*

Doc # 05-328389.1