UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

SLAM DUNK SPORTSWEAR, INC.,

    Plaintiff,

v.

TD BANKNORTH, N.A.,

    Defendant.

Civil No. **08-0258 cv (RMB)**

---

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action.

Dated: January 17, 2008

By: _/s/ David M. Murphy_
David M. Murphy (DM-6519)
Attorney for Plaintiff

Grunfeld, Desiderio, Lebowitz,
Silverman & Klestadt LLP
399 Park Ave, 25th Floor
New York, New York 10022
212-557-4000

382858_1