UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                     │
│ DATE FILED: 1|18|08                  │
└─────────────────────────────────────┘
```

SLAM DUNK SPORTSWEAR, INC.,

        Plaintiff,

        v.

TD BANKNORTH, N.A.,

        Defendant.

Civil No. 08-0258 cv (RMB)

**MEMO ENDORSED**

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action.

Dated:    January 17, 2008

By: _____
     David M. Murphy (DM-6519)
     Attorney for Plaintiff

     Grunfeld, Desiderio, Lebowitz,
     Silverman & Klestadt LLP
     399 Park Ave, 25th Floor
     New York, New York 10022
     212-557-4000

382858_1

```
┌─────────────────────────────────────────────────┐
│ So ordered. Clerk to close the                   │
│ case.                                            │
│ MOTION FOR TRO [DKT#3] is                        │
│ DENIED AS MOOT.                                  │
│ CONFERENCE ON 1/22/08 IS VACATED                 │
│                                                  │
│ SO ORDERED                                       │
│ Date: 1/18/08   Richard M. Berman                │
│         Richard M. Berman, U.S.D.J.              │
└─────────────────────────────────────────────────┘
```